AO 121 (Rev. 06/16)

| TO:                                                                                                                                      | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION     ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>19-12240 | DATE FILED<br>7/30/2019 | USDC Eastern District of Michigan<br>231 W Lafayette Blvd<br>Detroit, MI 48226 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Terrence D. Williams | 3DExport et al |

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached complaint | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>David J. Weaver | (BY) DEPUTY CLERK<br>S. Schoenherr | DATE<br>8/5/2019 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

Clerks Copy

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Terrence D. Williams

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

#1 3DExport, #2 Alidropship.com, #3 J C Penny, #4 MindGeek Los Angeles, #5 Original Frame, #6 PATREON, INC, #7 PINTEREST, INC, #8 Shopify (USA) Inc, #9 SKETCHFAB INC, #10 TUMBLR, INC, #11 TurboSquid, #12 WIKIHOW, INC, #13 WIX.com Inc

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:19-cv-12240
Judge: Berg, Terrence G.
MJ: Patti, Anthony P.
Filed: 07-30-2019 At 01:46 PM
CMP WILLIAMS v 3DEXPORT, ET AL. (af)

Jury Trial: ☐ Yes ☑ No
*(check one)*

## Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terrence D. Williams |
| Street Address | 5500 Trumbull Ave Apt 816 |
| City and County | Detroit & Wayne |
| State and Zip Code | Michigan 48208 |
| Telephone Number | |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | 3DExport |
| Job or Title (if known) | Internet Service |
| Street Address | 8702 E San Lucas Dr |
| City and County | Scottsdale & Maricopa County |
| State and Zip Code | AZ 85258 |
| Telephone Number | (480) 951-7590 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Alidropship.com |
| Job or Title (if known) | Creates websites/tools to import Aliexpress goods |
| Street Address | 4660 La Jolla Village Drive, Suite 100 |
| City and County | San Diego & San Diego County |
| State and Zip Code | Ca 92122 |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | J C Penny Company, Inc |
| Job or Title (if known) | |
| Street Address | 6501 Legacy drive |
| City and County | Plano |
| State and Zip Code | Texas & 75024-3698 |
| Telephone Number | (972) 431-1000 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | MindGeek Los Angeles |
| Job or Title (if known) | Owns several porn websites |
| Street Address | 21800 Oxnard st, Suite 150 |
| City and County | Woodland Hills |
| State and Zip Code | CA & 91367 |
| Telephone Number | 1-323-276-4500 |
| E-mail Address (if known) | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual
The plaintiff, *(name)* Terrence D.Williams_____,
is a citizen of the State of *(name)* Michigan_____.

b.     If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual
The defendant, *(name)* 3DExport_____, is a citizen of the
State of *(name)* Arizona_____. *Or* is a citizen of *(foreign nation)* _____.

b.     If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

      3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Estimated 50 million dollars in damages

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have put my Renderman style book Naruto back under a copyright in my name in order to defend my character from further illicit usage and since then I have been searching out for companies who allow users to create 3D Models of the characters and other motifs like the copyrighted hairstyle and ninja tools illegally and late April 2019 I found 3D representations & porn comics, the name usage, and animations available for free or sold and created without permission on various internet venues.

I gave no permission to use this character or any other characters that peoples the Naruto world for these purposes neither was permission sought after for these purposes. And I of course would never agree upon the images being used for sexually explicit purposes or for the sexual arousal of anyone as these images are my original creation whose sole purpose was to entertain youth, children and or anyone of a pure and good nature.

Neither did I give permission for the creation of new or other characters based on that style which can be only be imparted by procuring a monetary based licensing agreement or other forms of payment via U.S. based or funds for payment with clear guidelines for the end product which would usually be based on a temporary basis for the sole purpose of each party making money off of whatever monetary scheme each party agreed upon.

I have a copyright claim since the mid-1980's and I also have the proper paperwork from the U.S. copyright office. This was originally a product inside a book called Project Stargate my master dissertation on astronomy. There is no party or company on earth who I actually gave permission to they just use them illegally and this is my bid to put this practice to an end.

These kind of exploits take money out of my pocket and are meant to defame my character and have been used historically to undermine and demean my Renderman art style (called anime, manga by illegal Japanese producers) for common usage by anyone and to make it seem that I have imparted their use for other people to use as freely and this is wrong.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want $75,000 for each apparent illicit use as damages, which is in keeping with copyright law, for every illegal production of actual art, 3D objects, all the scenes with the name on it, and all porn comics or images, of the main character or any other likeness like Naruto or other so called Anime or Manga (Render man) style rip off on these websites. And for these applications and websites mentioned to cease allowing unlicensed images on their websites or applications forever and I am also seeking monetary damages for these acts.

And possible jailtime for the owners of Mind Geek for Mind Geeks porn websites (such as Porn Hub and You Porn) for their proliferation of pornographic content which are supposed to be minors in sexual situations as I believe that they are pedophilic in nature.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/25 _____, 20 19 ___.

Signature of Plaintiff    *Terence Williams*

Printed Name of Plaintiff    Terrence D Williams

6

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

The Renderman style refers to the round features, on the characters which is signature of the features of most young characters, as well as the either particular nature of the characters hair which evolved from the effort of one person on this earth Me and not anyone else. You see a variation of this style in use like in The Simpsons show especially in Bart's signature ripple head hair and in Dragon Ball Z with the character Goku which I created also and published in the same publication this my signature invention that I singularly put out in to the world original in a book called Project Stargate.

It was meant to constantly remind people of its original author which is of course again me as well as to complement the new eye structures which is readily acknowledged as big eyes but also vary depending on the character or the emotional expression the character exhibits. When the Japanese illegally took possession of this individual style of mine, they started to call it anime in order to help their readers escape of having to remember the foreign origin of this art style as well as its original creator.

I have put my original work Naruto under a new copyright do to my failings to find my publisher or procure a copy from the U.S Copyright office from defendants in a previous lawsuit, through subpoena the manuscript already mentioned called Project Stargate which was published when I was a child. But the Naruto characters luckily runs the gamut of styles in faces and hairstyles which I experimented with in my more serious nature.

My new publication Naruto should suffice for now to protect my copyright from these noncreative thieves from illegally using my styles and my characters. I hope that any judge who takes this case has an open mind and carefully adjudicates on this matter and makes it possible that I can finally get the satisfaction of reversing some of the financial damages that these companies have done.

Websites that infringe
https://www.pinterest.com/pin/304274518551279454/?lp=true
https://www.turbosquid.com/Search/3D-Models/naruto
https://3dexport.com/3d-models/Naruto
https://www.deviantart.com/naruto-3d-modelers/gallery/43582170/XPS-Model-Releases
https://sketchfab.com/tags/naruto
https://wizyakuza.myshopify.com/search?q=naruto (A Shopify hosted website)
https://alidropship.com/how-to-promote-a-dropshipping-store-on-social-media/
https://hokagestore.comm (Allidropship hosted website)
https://www.deviantart.com/naruto-3d-modelers (Owned by WIX.com)
https://www.wikihow.com/Be-Like-Naruto-Uzumaki
https://www.deviantart.com/popular-all-time/?section=&global=1&q=naruto
https://en.wikipedia.org/wiki/Naruto_Uzumaki

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Terrence D Williams

**DEFENDANTS**
3DExport

**(b)** County of Residence of First Listed Plaintiff   Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Maricopa County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
     Plaintiff

☐ 3   Federal Question
     *(U.S. Government Not a Party)*

☐ 2   U.S. Government
     Defendant

☑ 4   Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☑ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
820 Copyrights
Brief description of cause:
Abuse of my copyrighted characters and artstyle by organizations who openly commit copyright infringement without my expressed consent

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 50,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☑ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE      DOCKET NUMBER

DATE
July 25, 2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?      ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

Clerks Copy

These are the addresses of the **last 9 companies which I am suing** following from those in the complaint.

**Continuing from the complaint:**

#5 Original Frame, #6 PATREON, INC, #7 PINTEREST (Social network for Art Sharing), INC, #8 Shopify (USA) Inc, #9 SKETCHFAB INC, #10 TUMBLR, INC, #11 TurboSquid, #12 WIKIHOW, INC, #13 WIX.com Inc

**The Defendants No. 5**

| | |
|---|---|
| **Name** | Original Frame |
| **Job or Title** | Creates picture frames |
| Street Address | 15305 Dallas Parkway, Suite 300 |
| City and County | Addison |
| State and Zip Code | Texas & 75001 |
| Telephone Number | 1-(325)-208-0697 |
| E-Mail Address | info@originalframe.com |

**The Defendants No. 6**

| | |
|---|---|
| Name | PATREON, INC |
| Street Address | 600 TOWNSEND ST, SUITE 500 |
| City and County | SAN FRANCISCO |
| State and Zip Code | CA 94103 |
| Telephone Number | |
| E-Mail Address | |

**The Defendants No. 7**

| | |
|---|---|
| Name | PINTEREST |
| Job or Title | Users Posting as a Social Network |

Street Address          808 Brannan Street

City and County         San Francisco

State and Zip Code      CA & 94103

Telephone Number        1-650-561-5407

E-Mail Address

**The Defendants No. 8**

Name                    Shopify (USA) Inc.

Job or Title

Street Address          33 New Montgomery St. Ste 750

City and County         San Francisco & San Francisco County

State and Zip Code      CA & 94105

Telephone Number

E-Mail Address

**The Defendants No. 9**

Name                    SKETCHFAB, INC.

Job or Title

Street Address          36 Cooper Square, 6th Floor

City and County         New York & Manhattan County

State and Zip Code      NY & 10003

Telephone Number        646-463-2431

E-Mail Address

**The Defendants No. 10**

Name                    TUMBLR, INC

Street Address          770 BROADWAY

City and County                 NEW YORK

State and Zip Code              NEW YORK & 10003

Telephone Number

E-Mail Address


**The Defendants No. 11**

Name                            TURBO SQUID, INC.

Job or Title

Street Address                  935 GRAVIER STREET St #1600,

City and County                 New Orleans & Orleans Parish County

State and Zip Code              LA & 70112

Telephone Number                (504) 525-0990

E-Mail Address


**The Defendants No. 12**

Name                            WIKIHOW, INC.

Street Address                  250 EMERSON Avenue

City and County                 PALO ALTO & Santa Clara County

State and Zip Code              CA & 94306

Telephone Number

E-Mail Address


**The Defendants No. 13**

Name                            WIX.com Inc (owners of Deviant art)

Job or Title

Street Address                  111 EIGHTH Ave 13TH FL

City and County                 San Francisco & San Francisco County

State and Zip Code          CA & 94158

Telephone Number

E-Mail Address


And following this are the five corporations to whom I will give their **Agents of Service, Attorneys and Representative Services** these are companies or individual who will accept this complaint on behalf of the corporations they represent. These individuals were found via their state website business search utility on the same page as their client corporations whose name shows up under a corporation search.

I will be issuing these complaints to these Agents on behalf of the corporate entities mentioned. I will send my complaints directly to the smaller noncorporate companies 1 3DExport, #2 Alidropship.com, #4 MindGeek Los Angeles (Owns several porn websites), #5 Original Frame, because as noncorporate entities they are not legally required to have need of an Agent of Service on payroll.


I found an inhouse attorney for J C Penny and will be delivering their lawsuit to attorney:


*Attorney Hays, Kristin Leigh Bohlke*

*J. C. Penney Company, Inc.*

*6501 Legacy Drive*

*Plano, TX 75024- 3698*


**A short list of companies with Agents of Service:**

#6 PATREON, INC, #7 PINTEREST (Social network for Art Sharing), INC, #8 Shopify (USA) Inc, #9 SKETCHFAB INC, #10 TUMBLR, INC, #11 TurboSquid, #12 WIKIHOW, INC, #13 WIX.com Inc


**Agent of Service for:**

**PATREON, INC**

**Defendant No. 6**

| | |
|---|---|
| Name | COLIN SULLIVAN |
| Job or Title | Agent for Service of Process |
| Street Address | 600 TOWNSEND ST, SUITE 500 |
| City and County | SAN FRANCISCO |
| State and Zip Code | CA 94103 |
| Telephone Number | |
| E-Mail Address | |

**Agent of Service for:**

**PINTEREST, INC.**

**Defendant No. 7**

| | |
|---|---|
| Name | ANTHONY T. FALZONE |
| Job or Title | Agent for Service of Process: |
| Street Address | 808 BRANNAN STREET |
| City and County | SAN FRANCISCO & San Mateo County |
| State and Zip Code | CA & 94013 |
| Telephone Number | |
| E-Mail Address | |

**Agent of Service for:**

**Shopify (USA) Inc.**

**Defendant No. 8**

| | |
|---|---|
| Name | LAWYERS INCORPORATING SERVICE |
| Job or Title | Agent for Service of Process: |
| Street Address | 251 LITTLE FALLS DR |
| City and County | WILMINGTON |

| | |
|---|---|
| State and Zip Code | DE & 19808 |
| Telephone Number | |
| E-Mail Address | |

**Agent of Service for:**

**SKETCHFAB, INC.**

**Defendant No. 9**

| | |
|---|---|
| Name | MR. ALBAN DENOYEL, CEO, SKETCHFAB, INC. |
| Job or Title | Registered Agent |
| Street Address | 36 COOPER SQUARE, 6TH FLOOR |
| City and County | NEW YORK & Manhattan Lower East Side |
| State and Zip Code | NEW YORK & 10003 |
| Telephone Number | |
| E-Mail Address | |

**Agent of Service for:**

**TUMBLR, INC**

**Defendant No. 10**

| | |
|---|---|
| Name | C T CORPORATION SYSTEM |
| Job or Title | Registered Agent |
| Street Address | 28 LIBERTY ST |
| City and County | NEW YORK |
| State and Zip Code | NE W YORK & 10005 |
| Telephone Number | |
| E-Mail Address | |

**Agent of Service for:**

**TurboSquid**

**Defendant No. 11**

| | |
|---|---|
| Name | JOHN WERNER |
| Job or Title | Registered Agent(s) |
| Street Address | 201 ST. CHARLES AVE., SUITE 4600 |
| City and County | NEW ORLEANS & Orleans Parish |
| State and Zip Code | LA & 70170 |
| Telephone Number | |
| E-Mail Address | |

**Agent of Service for:**

**WIKIHOW, INC.**

**The Defendants No. 12**

| | |
|---|---|
| Name | RUBIN M TURNER |
| Job or Title | Agent for Service of Process |
| Street Address | 8383 WILSHIRE BLVD STE 150 |
| City and County | BEVERLY HILLS & Santa Clara County |
| State and Zip Code | CA & 94306 |
| Telephone Number | |
| E-Mail Address | |

**Agent of Service for:**

**WIX.com Inc (owners of Deviant art)**

**Defendant No 13**

| | |
|---|---|
| Name | NATIONAL REGISTERED AGENTS, INC |

| Job or Title | Agent for Service of Process |
|---|---|
| Street Address | 111 EIGHTH AVE 13TH FL |
| City and County | NEW YORK & New York County |
| State and Zip Code | NY & 10011 |
| Telephone Number | |
| E-Mail Address | |



Clerks Copy

# EXHIBIT

# O

Terrence Williams
Pro Se Litigant
Detroit, Mi 48208
akhenoton777@gmail.com

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TERRENCE D WILLIAMS, | Case No.: |
| Plaintiff, | |
| vs. | **EXHIBITS A-O** |
| 3DEXPORT, ET AL., | |
| Defendant | |

I have placed my exhibits of the illicit material I found online as proof of the crimes the defendants have committed on the CD Exhibits A-N which I have paced into the package alone with the sheet Exhibit O which is the Certificate of Registration received from the U.S. Copyright office as proof of my ownership of the characters and motifs from the fictional world of Naruto.

I must warn you that some of the Exhibits are explicit in nature as I don't have the means to alter these images as that might distort the image beyond recognition. I have done everything that I can to prove this case please review these files as they will prove my case and help resolve this matter.

Dated this day of July, 2019.

Terrence Williams, Pro Se Litigant

EXHIBITS A-O - 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Perlman*

Acting United States Register of Copyrights and Director



**Registration Number**

## TX 8-697-873

**Effective Date of Registration:**
January 29, 2019

---

## Title
 

           **Title of Work:** Naruto

## Completion/Publication
 

           **Year of Completion:** 2018
       **Date of 1st Publication:** July 13, 2018
    **Nation of 1st Publication:** United States

## Author
 

      •      **Author:** Terrence D Williams
    **Author Created:** text
        **Citizen of:** United States
     **Domiciled in:** United States
       **Year Born:** 1975

## Copyright Claimant
 

    **Copyright Claimant:** Terrence D Williams
                    5500 Trumbull Ave Apt 816, Detroit

## Rights and Permissions
 

           **Name:** Terrence D Williams
             **Email:** dragonballxgold@gmail.com

## Certification
 

           **Name:** Terrence D Williams
              **Date:** January 29, 2019

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teale*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-697-873**
**Effective Date of Registration:**
January 29, 2019

## Title _____

Title of Work:   Naruto

## Completion/Publication _____

Year of Completion:   2018
Date of 1st Publication:   July 13, 2018
Nation of 1st Publication:   United States

## Author _____

•   Author:   Terrence D Williams
Author Created:   text
Citizen of:   United States
Domiciled in:   United States
Year Born:   1975

## Copyright Claimant _____

Copyright Claimant:   Terrence D Williams
5500 Trumbull Ave Apt 816, Detroit

## Rights and Permissions _____

Name:   Terrence D Williams
Email:   dragonballxgold@gmail.com

## Certification _____

Name:   Terrence D Williams
Date:   January 29, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karn H. Tangle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-697-873

**Effective Date of Registration:**
January 29, 2019



---

## Title

Title of Work:    Naruto

## Completion/Publication

Year of Completion:    2018
Date of 1st Publication:    July 13, 2018
Nation of 1ˢᵗ Publication:    United States

## Author

* Author:    Terrence D Williams
  Author Created:    text
  Citizen of:    United States
  Domiciled in:    United States
  Year Born:    1975

## Copyright Claimant

Copyright Claimant:    Terrence D Williams
5500 Trumbull Ave Apt 816, Detroit

## Rights and Permissions

Name:    Terrence D Williams
Email:    dragonballxgold@gmail.com

## Certification

Name:    Terrence D Williams
Date:    January 29, 2019

---





U.S. POSTAGE PAID
PM 1-Day
DETROIT, MI
48233
JUL 29, 19
AMOUNT

**$7.85**

R2305M148140-52

48226

1022



**PRIORITY**
★ **MAIL** ★


**UNITED STATES POSTAL SERVICE** ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Terrence D. Williams
5500 Trumbull Ave Apt 816
Detroit, MI 48208

**TO:**

United States District Court
Office of the Clerk 231,
W. Lafayette 5th flr,
Detroit, MI 48226



RECEIVED

JUL 30 2019

CLERK'S OFFICE
U.S. DISTRICT COURT

Label 228, March 2016       FOR DOMESTIC AND INTERNATIONAL USE

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP