UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Terrence Williams,

        Plaintiff(s),        Case No. 19-12240

v.        Honorable Terrence G. Berg

3D Export, et al.,

        Defendant(s).
_____/

**ORDER RE: DISQUALIFICATION OF JUDGE**

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: August 30, 2019        s/Terrence G. Berg
       Terrence G. Berg
       U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Laurie J. Michelson.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: August 30, 2019        s/N. Ahmed
       Deputy Clerk